AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDMUND C. SCARBOROUGH
DR. LARRY J. WRIGHT
GEORGE GOWEN

**SUMMONS IN A CIVIL CASE**

V.

Francis J. Harvey, Secretary of the Army, UNITED STATES DEPARTMENT OF THE ARMY

Donald H. Rumsfeld, Secretary of Defense, UNITED STATES DEPARTMENT OF DEFENSE

CASE NU

CASE NUMBER 1:05CV01427

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2005

TO: (Name and address of Defendant)



Kenneth L. Wainstein, United States Attorney
Office of United States Attorney
555 Fourth Street, NW
Washington, DC 205300

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence Schor, Esquire
Geoffrey T. Keating, Esquire
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W. Suite 900
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

_____    JUL 20 2005
CLERK                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7/20/2005 |
| NAME OF SERVER (PRINT) Darryl Taylor | TITLE | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Office of the U.S. Attorney, 501 3rd St. NW, 4th Floor, Washington, D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Cynthia Parker

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/20/2005
            Date

Signature of Server: Darryl Taylor

Address of Server: 4807 6th St NE, Washington, DC 20017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.