AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDMUND C. SCARBOROUGH
DR. LARRY J. WRIGHT
GEORGE GOWEN

**SUMMONS IN A CIVIL CASE**

V.

Francis J. Harvey, Secretary of the Army, UNITED STATES DEPARTMENT OF THE ARMY

Donald H. Rumsfeld, Secretary of Defense, UNITED STATES DEPARTMENT OF DEFENSE

CASE NUM

CASE NUMBER   1:05CV01427

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2005

TO: (Name and address of Defendant)

~~[redacted]~~

Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence Schor, Esquire
Geoffrey T. Keating, Esquire
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W. Suite 900
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**   JUL 20 2005
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-05-2005 |
| NAME OF SERVER (PRINT) Darryl Taylor | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Copy of Complaint and Summons, in accordance with FRCP Rule 4(i)(1)(B), by Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-5-05
            Date

Signature of Server: Darryl Taylor

Address of Server: 4807 6th St. NE Washington, DC 20017

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
                T ST STA
      WASHINGTON, District of Columbia
                200099995
              1050050275-0097
  08/05/2005    (202)483-9580      03:52:17 PM

  ─────────────── Sales Receipt ───────────────
  Product         Sale    Unit           Final
  Description     Qty     Price          Price

  WASHINGTON DC 20530                    $1.98
  First-Class
    Return Receipt (Green Card)         $1.75
    Certified                           $2.30
      Label Serial #:  70031680000527343218
    Customer Postage                   -$6.03
    Subtotal:                           $0.00
                                   ──────────
  Total:                                 $0.00

  Paid by:


  Bill#:  1000301180666
  Clerk:  01

  — All sales final on stamps and postage. —
     Refunds for guaranteed services only.
          Thank you for your business.
                Customer Copy
```



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $1.98 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.03 |

Postmark Here — AUG 2005

Sent To: U.S. Attorney General Gonzales
Street, Apt. No.; or PO Box No.: U.S. DOJ 950 Pennsylvania Ave
City, State, ZIP+4: N.W. Washington, DC 20530-0001

PS Form 3800, June 2002 — See Reverse for Instructions

01427-RBW    Document 5    Filed 08/05/2005