### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND C. SCARBOROUGH**<br>6850 CR Road 544 East<br>Haines City, FL 33845<br><br>and<br><br>**DR. LARRY J. WRIGHT**<br>4304 Hollygate Drive<br>Jacksonville, FL 32258<br><br>and<br><br>**GEORGE GOWEN**<br>1982 Evening Star Drive<br>Park City, Utah 84060<br><br>　　　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**FRANCIS J. HARVEY, Secretary of the Army,**<br>**United States Department of the Army**<br><br>**SERVE:**<br>**United States Department of the Army**<br>**Litigation Division**<br>**JAL-LT**<br>901 N. Stuart Street, Suite 400<br>Arlington, VA 22203-1837<br><br>and<br><br>**DONALD H. RUMSFELD,**<br>**Secretary of Defense,**<br>**United States Department of Defense**<br><br>**SERVE:**<br>**United States Department of Defense**<br>**Office of General Counsel**<br>1600 Defense Pentagon<br>Washington, D.C. 20301-1600<br><br>　　　　　　　　**Defendants.** | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Civil Action No. 05-1427 (RBW)** |

)
_____)

## **PRAECIPE**

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                Respectfully submitted,

                _____/s/_____
                KEVIN K. ROBITAILLE
                Special Assistant U.S. Attorney
                Civil Division
                555 Fourth St., N.W.
                Washington, D.C.  20530
                202-353-9895  / FAX 202-514-8780