IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              \
EDMUND C. SCARBOROUGH,

DR. LARRY J. WRIGHT,

     and

GEORGE GOWEN,

          Plaintiffs,

     v.                                              Case No.: 05-CV-01427
                                                         (Judge Reggie B. Walton)
Francis J. Harvey, Secretary of the Army,
UNITED STATES DEPARTMENT OF
  THE ARMY,

     and

Donald H. Rumsfeld, Secretary of Defense,
UNITED STATES DEPARTMENT OF
  DEFENSE,

          Defendants.
_____/


**CONSENT MOTION FOR LEAVE TO AMEND THE COMPLAINT TO
ADD THE UNITED STATES SMALL BUSINESS ADMINISTRATION AS
DEFENDANT AND MEMORANDUM IN SUPPORT**

     COME NOW, Plaintiffs Edmund C. Scarborough ("Scarborough"), Dr. Larry J.

Wright ("Wright"), and George Gowen ("Gowen"), by counsel, pursuant to Federal Rules

of Civil Procedure 7 and 15, Local Civil Rule 7, and this Court's *General Order and*

*Guidelines for Civil Cases*, and respectfully move the Court to grant leave for Plaintiffs

to amend their Complaint to add the United States Small Business Administration as a

Defendant in this action and make averments of violations of the Privacy Act against it.

As grounds for this motion, Plaintiffs state as follows:

**<u>Statement of Facts</u>**

1.   On July 20, 2005, Plaintiffs filed their original Complaint in the present action against the above-listed Defendants.

2.   As set forth in their Complaint, Plaintiffs allege that employees of the United States Department of the Army ("DA") violated various provisions of the Privacy Act by, *inter alia*, intentionally and willfully releasing Privacy Act-protected information to a private association of bond brokers, a private bank, and certain private individuals as well as to other employees and agencies of the United States Department of Defense ("DoD").  Plaintiffs further allege the DoD violated various provisions of the Privacy Act by, *inter alia*, intentionally and willfully releasing Privacy Act-protected information to the United States Small Business Administration ("SBA") and the public at large.

3.   At the time Plaintiffs filed their Complaint, Plaintiffs were in possession of some evidence that the SBA had itself violated the Privacy Act by, *inter alia*, intentionally and willfully releasing Privacy Act-protected information to members of the public.

4.   Upon learning of the SBA's involvement and violations, and for a period after the Complaint was filed, counsel for Plaintiffs engaged in discussions with SBA's agency counsel in an attempt to minimize the damages to Plaintiffs and resolve the disputes without litigation.  These efforts were unsuccessful.

5.   Shortly after filing the Complaint, Plaintiffs' counsel met with Government counsel about the case and advised Government counsel of SBA's

involvement in the Privacy Act releases/violations and the potential need for Plaintiffs to amend their Complaint.

6.  Plaintiffs herein seek leave to amend their Complaint to add SBA as a Defendant.

7.  Neither an Initial nor a Scheduling order have been issued to date in this case.

8.  Pursuant to Fed. R. Civ. P. 15(a) and Local Civil Rule 7(m), counsel for Plaintiffs have conferred with Government counsel who advised that the Government, including counsel for SBA, do not oppose the instant Motion.

9.  Pursuant to Local Civil Rules 7(i) and 15.1, the original of the proposed Amended Complaint is attached hereto as Exhibit A.

10. Pursuant to Local Civil Rule 7, a proposed order is provided.

11. If, but only if, the Court is inclined not to grant the instant Consent Motion do the Plaintiffs request an oral hearing.

**Memorandum of Points and Authorities in Support of Consent Motion**

Fed. R. Civ. P. 15 (a) states that a party may amend his or her pleading after the opposing party files its responsive pleading "only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Counsel for the Government has given his consent to amendment. As neither an Initial nor a Scheduling order have been issued in this case, amendment will not delay the instant proceedings or prejudice any party. To the extent leave of Court is required, the Rules provide that leave shall be freely given and, Plaintiffs respectfully submit, the Court should grant leave and order the Amended Complaint at Exhibit A hereto to be filed.

WHEREFORE, based on the above, Plaintiffs Edmund C. Scarborough, Dr. Larry

J. Wright, and George Gowen respectfully request that this Court grant leave for

Plaintiffs to amend their Complaint to add the United States Small Business

Administration as a Defendant and order the Clerk to file the Amended Complaint at

Exhibit A hereto.

Respectfully submitted,

Laurence Schor, Esquire
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and*
*George Gowen*

Geoffrey T. Keating, Esquire
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed first-class, postage-prepaid to counsel for Defendants at the address set forth below, this 5ᵀᴴ day of December 2005, to:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 (facsimile)

Laurence Schor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

\

EDMUND C. SCARBOROUGH,

DR. LARRY J. WRIGHT,

    and

GEORGE GOWEN,

         Plaintiffs,

     v.                                                     Case No.: 05-CV-01427
                                                              (Judge Reggie B. Walton)

Francis J. Harvey, Secretary of the Army,
UNITED STATES DEPARTMENT OF
  THE ARMY,

    and

Donald H. Rumsfeld, Secretary of Defense,
UNITED STATES DEPARTMENT OF
  DEFENSE,

         Defendants.

_____/

## ORDER

      THIS CAUSE came before the Court on Plaintiffs' Consent Motion for Leave to

Amend the Complaint to Add the United States Small Business Administration as

Defendant and Memorandum in Support ("Motion for Leave to Amend"), and

Defendants' consent thereto.  The Court, having reviewed the Motion and being fully

advised in the premises, it is hereby, and with the consent of the parties, ORDERED:

      That the Motion for Leave to Amend is GRANTED; and

That the Clerk shall file the Amended Complaint for Violations of the Privacy

Act, 5 U.S.C. § 552a attached as Exhibit A to the Motion for Leave to Amend.

ENTERED THIS _____ DAY OF _____ 2005.


_____
Judge, United States District Court
for the District of Columbia

COPIES TO:

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W.
Ninth Floor
Washington, D.C. 20005
*Counsel for Plaintiffs Edmund C. Scarborough
and George Gowen*

Geoffrey T. Keating, Esq.
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W.
Ninth Floor
Washington, D.C. 20005
*Counsel for Plaintiff Dr. Larry J. Wright*

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
*Counsel for Defendants*