AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDMUND C. SCARBOROUGH,
DR. LARRY J. WRIGHT,
GEORGE GOWEN

**SUMMONS IN A CIVIL CASE**

V.

Francis J. Harvey, Secretary of the Army, UNITED STATES DEPARTMENT OF THE ARMY

Donald H. Rumsfeld, Secretary of Defense, UNITED STATES DEPARTMENT OF DEFENSE

CASE NUMBER: 05-1427 RBW

Hector V. Barreto, Administrator,
UNITED STATES SMALL
BUSINESS ADMINISTRATION

TO: (Name and address of Defendant)

Hector V. Barreto, Administrator
United States Small Business
Administration

Serve: United States Small Business Administration
Office of the General Counsel 409 Third Street S.W.
Washington, DC 20416,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence Schor, Esquire
Geoffrey T. Keating, Esquire
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005

an answer to the amended complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                               12/7/05

_____                          _____
CLERK                                                    DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 23, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Darryl J. Taylor | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Left one copy of the Complaint and Summons with Erika Covarrubias of the U.S. SBA's Office of the General Counsel located at 409 Third Street, SW, Washington, D.C. 20416

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/23/2005        *Darryl Taylor* (signature)
             Date              Signature of Server

4807 6th Street, NE, Washington, D.C. 20017
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.