IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCARBOROUGH, et al )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>FRANCIS HARVEY, et al )<br>        Defendants. )<br>) | Civil Action No. 05-1427 (RBW) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under the Privacy Act, 5 U.S.C. § 552a, alleging that the Defendants unlawfully disclosed information regarding plaintiff maintained in a system of records. Defendants respectfully move this Court for a one (1) day enlargement of time through and including March 1, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is currently due February 28, 2006. Defendants previously filed a consent motion for a seven day enlargement of time to file an answer.

2. Defendants Motion with accompanying Memorandum of Points and Authorities is ready to be filed. However, the document contains considerable information that the plaintiff's contend is Privacy Act protected material. Therefore, the government is filing the motion in the clerks office, with a consent motion to file under seal. The government was unable to file the motion during business hours and thus needs a one day extension to file.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiffs through counsel have consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al )<br>)<br>           Plaintiffs, )<br>)<br>v.           )<br>)<br>FRANCIS HARVEY, et al )<br>)<br>           Defendants. )<br>) | Civil Action No. 05-1427 (RBW) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 1, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF