UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| **FRANCIS J. HARVEY** | ) |
| **Secretary of the Army, et al** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant hereby moves for leave to file under seal Defendant's Motion to Dismiss or in the Alternative for Partial Summary Judgment with attachments in this Privacy Act case. Plaintiff believes that these documents should be filed under seal pending final determination of this action because, according to plaintiff, the material concerns plaintiff's personal, Privacy Act protected information. Since this filing under seal is at plaintiff's request, this motion will not be opposed. Defendant will file the motion in the Clerk's office in CD-ROM format. In accordance with Local Rule 5.1(j)(1), the motion will be treated as sealed pending the outcome of this motion.

For the foregoing reasons, defendant respectfully requests that this unopposed motion for leave to file under seal be granted.

Respectfully submitted

                                                                        /s\
                                          KENNETH L. WAINSTEIN, D.C. Bar # 451058\
                                          United States Attorney

                                                        /s\
                                          R. CRAIG LAWRENCE, D.C. Bar # 171538\
                                          Assistant United States Attorney

                                                /s\
                                        KEVIN K. ROBITAILLE\
                                        Special Assistant U.S. Attorney\
                                        Civil Division\
                                        555 Fourth St., N.W.\
                                        Washington, D.C.  20530\
                                        202-353-9895  / FAX 202-514-8780

Of Counsel:\
Major Patrick Gary\
U.S. Army Legal Services Agency\
901 North Stuart Street\
Arlington, Virginia  22203-1837

Erika Covarrubias\
Office of General Counsel\
U.S. Small Business Administration\
Washington, DC\
(202) 205-6647