IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| 5. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| **FRANCIS J. HARVEY** | ) |
| **Secretary of the Army, et al** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or in the Alternative for Partial Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

					_____
					REGGIE B. WALTON
					United States District Judge

Copies to:
The Parties via ECF