IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully moves this Court for a thirty (30) day enlargement of time through and including April 19, 2006, within which to file its opposition to Defendant's motion to dismiss under this Privacy Act claim. Good cause exists to grant this motion:

1. Defendant's Motion to Dismiss, or in the Alternative, Partial Summary Judgment is an expansive motion which takes issue with all of the claims presented by Plaintiff in the Amended Complaint.

2. Additional time is necessary in order to sufficiently address each and every issue presented by Defendant in their motion.

3. Additional time will not prejudice either party.

Counsel for Plaintiffs has conferred with counsel for Defendants, who have consented to the instant request for a 30-day extension.

For these reasons, Plaintiffs respectfully request that the Court grant their Motion for Enlargement of Time to file an opposition to Defendant's motion to dismiss. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
Laurence Schor, Esquire
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

_____/s/_____
Geoffrey T. Keating, Esquire
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via e-filing and facsimile this 10th day of March, 2006, to the following:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division                                   _____/s/_____
555 Fourth St., N.W.
Washington, D.C.  20530                          Laurence Schor
(202) 353-9895
(202) 514-8780 (facsimile)