**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCARBOROUGH, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to File Opposition to Defendant's Motion to Dismiss ("Motion"), and being fully advised in the premises, it is hereby, and with the consent of the parties, ORDERED:

That Plaintiff's Motion is GRANTED, and

That Plaintiffs shall have up to and including April 19, 2006, to respond to Defendant's Motion to Dismiss, or in the Alternative, for Partial Summary Judgment.

ENTERED this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF