IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCARBOROUGH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> HARVEY, et al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: No. 05-1427 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs respectfully move this Court for an eight (8) business-day enlargement of time through and including May 1, 2006, within which to file their opposition to Defendants' Motion to Dismiss, or in the Alternative, Partial Summary Judgment ("Motion to Dismiss") in this Privacy Act case. Good cause exists to grant this motion.

**FACTS**

1. On July 20, 2005 Plaintiffs filed this Privacy Act case.

2. On September 14, 2005, Defendants filed their first Consent Motion for Extension of Time to file their Answer.

3. On October 24, 2004, Defendants filed their second Consent Motion for Extension of Time to file their Answer. This motion was granted by the Court's order of October 25, 2005.

4. On October 31, 2005, Defendants filed their Answer.

5. On December 5, 2005, Plaintiffs filed their Consent Motion to Amend/Correct the Complaint. This motion was granted by the Court's order of December 7, 2005.

6. On December 7, 2005, Plaintiffs filed their Amended Complaint.

7. On February 21, 2006, Defendants filed their third Consent Motion for Extension of Time to file their Answer to Plaintiffs' Amended Complaint. This motion was granted by the Court's order of February 24, 2006.

8. On February 28, 2006, Defendants filed their fourth Consent Motion for an Extension of Time to file their Answer to Plaintiffs' Amended Compliant. This motion was granted by the Court's order of February 28, 2006.

9. On March 6, 2006, Defendants filed their Motion to Dismiss.

10. On March 10, 2006 Plaintiffs filed their Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. Plaintiffs' motion was granted by the Court's order of March 13, 2006.

## ARGUMENT

Pursuant to this Court's General Order and Guidelines for Civil Cases, the following information is being provided to the Court:

Since being served with Defendants' Motion to Dismiss, Plaintiffs have diligently worked to prepare their opposition. Given the number and complexities of the issues and arguments raised by Defendants to each of the sixteen counts in Plaintiffs' Amended Complaint, Plaintiffs have been unable to complete their opposition and require additional time.

Plaintiffs believe such a time extension should be granted in order to fully address each of Defendants' arguments. Plaintiffs believe they have a strong, substantive response to each argument raised by Defendants. Plaintiffs further believe that the additional time will result in a brief that will assist the Court in deciding the Motion to Dismiss.

No previously scheduled deadlines will be effected by an extension of time, as there are no other scheduled deadlines.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs have conferred with counsel for Defendants who agree to the requested extension until and including May 1, 2006. The requested extension will not prejudice any party.

For these reasons, Plaintiffs respectfully request that the Court grant their Motion for Enlargement of Time to File an Opposition to Defendants' Motion to Dismiss. A proposed order is being submitted with this Motion.

Respectfully Submitted,

_____/s/_____
Laurence Schor, Esquire
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W.,
Suite 900
Washington D.C. 20005
(202)296-9260
(202)659-3732 (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

/s/
Geoffrey T. Keating, Esquire
D.C. Bar No. 25239
McManus, Schor, Asmar &
Darden, LLP
1155 Fifteenth Street, N.W.,
Suite 900
Washington D.C. 20005
(202)296-9260
(202)659-3732 (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via e-filing this 17th day of April, 2006, to the following:

Kevin K. Robitaille, Esq.  
Special Assistant U.S. Attorney  
Civil Division  
555 Fourth St., N.W.  
10th Floor  
Washington, D.C. 20530  
(202) 353-9895  
(202) 514-8780 (facsimile)

                                                      _____/s/_____  
                                                    Laurence Schor