IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' consent Motion for an Enlargement of Time to File Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Partial Summary Judgment, and being fully advised in the premises, it is hereby, and with the consent of the parties, ORDERED:

That Plaintiff's Motion is GRANTED, and

That Plaintiff's shall have up to and including May 1, 2006, to respond to Defendant's Motion to Dismiss, or in the Alternative, for Partial Summary Judgment. Entered this _____ day of _____, 2006.

Reggie B. Walton
United States District Judge

Copies to:
Parties via ECF