**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————
                                                   )
SCARBOROUGH, et al,                                )
                                                   )
                              Plaintiffs,          )
                                                   )
v.                                                 )        Case No.: No. 05-1427 (RBW)
                                                   )
HARVEY, et al,                                     )
                                                   )
                              Defendants.          )
———————————————————)

<u>**CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL**</u>

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel and pursuant to LCvR 5.1(j), and file this Consent Motion for Leave to File Under Seal (hereafter "Motion to Seal") and state as follows:

1.      In the instant case, Plaintiffs allege violations of the Privacy Act by Defendants resulting in, *inter alia*, intra-agency, inter-agency and public disclosures of personal, sensitive and Privacy-Act protected information, all of which injured Plaintiffs personally and financially.

2.      On March 1, 2006, Defendants filed their Motion to Dismiss, or in the Alternative, for Partial Summary Judgment (hereafter Motion to Dismiss") and attachments thereto.

3.      On March 1, 2006, concurrently with their Motion to Dismiss, Defendants filed their Unopposed Motion for Leave to File Under Seal.  That motion requested that the Court grant Defendants leave to file their Motion to Dismiss and attachments under seal, and stated that the Motion to Dismiss would be treated as sealed pending the Court's ruling.

4.      On March 2, 2006, by Minute Order entered and filed the same date, the Court granted Defendants' Unopposed Motion for Leave to File Under Seal.

5.    Plaintiffs hereby request leave to file their Opposition to Defendants' Motion to Dismiss ("Opposition"), and attachments thereto, under seal.  Plaintiff's Opposition and attachments contain additional personal, sensitive and Privacy-Act protected information necessary to rebut arguments raised by Defendants but which, if disclosed to other Government personnel or the public, would cause or aggravate harm to Plaintiffs.

6.    Counsel for Plaintiffs conferred with counsel for Defendants and counsel for Defendants has consented to the instant Motion.

7.    Plaintiffs will file their Opposition and related documents in the Clerk's office by hand delivery and under seal.  In accordance with Local Rule 5.1(j)(1), the Opposition and all related documents will be treated as sealed pending the outcome of this Motion to Seal.

Respectfully submitted,

_____/s/_____
Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

_____/s/_____
Geoffrey T. Keating
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email

this 1st day of May 2006, to the following:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
10th Floor
Washington, D.C.  20530
(202) 353-9895
(202) 514-8780 (facsimile)
Kevin.Robitaille@usdoj.gov


_____/s/_____
Laurence Schor