IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SCARBOROUGH, et al,                 )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )    Case No.: No. 05-1427 (RBW)
                                    )
HARVEY, et al,                      )
                                    )
            Defendants.             )
_____)

**NOTICE OF FILING**

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel and pursuant to LCvR 5.1, and state as follows:

Plaintiffs filed the following documents under seal:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss, Or in the Alternative, For Partial Summary Judgment, and Memorandum in Support, with Exhibits 1 through 12.

2. Plaintiff's Responses and Opposition to Defendant's Statement of Material Facts to Which There is No Genuine Dispute.

3. Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation.

Respectfully submitted,

_____/s/_____
Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

_____/s/_____
Geoffrey T. Keating
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email this 1st day of May 2006, to the following:

    Kevin K. Robitaille, Esq.
    Special Assistant U.S. Attorney
    Civil Division
    555 Fourth St., N.W.
    10th Floor
    Washington, D.C.  20530
    (202) 353-9895
    (202) 514-8780 (facsimile)
    Kevin.Robitaille@usdoj.gov

                                                    _____/s/_____
                                                    Laurence Schor