IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCARBOROUGH, et al,  )
                                            )
             Plaintiffs,   )
                                            )
v.                                          )   Case No.: No. 05-1427 (RBW)
                                            )
HARVEY, et al,                )
                                            )
             Defendants.  )

## ORDER

Upon consideration of Defendants' Motion to Dismiss, or In The Alternative, for Partial Summary Judgment and Memorandum in Support, and Plaintiffs' Opposition thereto, as well as the record of the case, and being fully advised in the premises, it is hereby ORDERED:

That Defendants' Motion is DENIED.

ENTERED this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF