IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SCARBOROUGH, et al,                 )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )   Case No.: No. 05-1427 (RBW)
                                    )
HARVEY, et al,                      )
                                    )
            Defendants.             )
_____ )

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO
EXCEED PAGE LIMITATION**

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel and pursuant to LCvR 7(e), and file this Unopposed Motion for Leave to Exceed Page Limitation and state as follows:

1. Plaintiffs' 47-page Amended Complaint included 16 Counts alleging violations of the Privacy Act by Defendants.

2. Defendants' Motion to Dismiss, or in the Alternative, for Partial Summary Judgment ("Motion to Dismiss") contains an Argument comprised of twelve (12) separate sections (*i.e.*, Sections III.A – L).  Each Section, in turn, contains multiple arguments by Defendants why one or a specified combination of Plaintiffs' Counts should be dismissed and/or why the Court should grant Defendants partial summary judgment on the same or a different Count or combination of Counts.

3. Plaintiffs understand Defendant's Motion to Dismiss to request dismissal of, and/or partial summary judgment on, all 16 Counts in Plaintiffs' Amended Complaint.  In other words,

no Count escapes Defendants' attempt to obtain the drastic remedies of dismissal and/or summary judgment.

  4.  Plaintiffs are filing, concurrently with the instant motion, their Opposition to Defendant's Motion to Dismiss ("Opposition").  The Opposition exceeds the page limitation set in L.Civ. R. 7(e).

  5.  The instant action is complex, and Defendants' underlying actions and arguments in defense of their actions raise a number of important factual and legal issues must be fully addressed in Plaintiffs' Opposition.  A full discussion and refutation of each issue, the applicable law, and the related facts (or an explanation of the need for discovery to obtain facts) requires an opposition in excess of the 45-page limit.

  6.  Although L.Civ.R. 7(e) limits oppositions to 45 pages, it clearly contemplates that a party be permitted to exceed this limitation with permission of the Court.  *Id.* ("A memorandum of points and authorities in support of or in opposition to a motion shall not exceed 45 pages . . . *without prior approval of the court*." (emphasis added)).

  7.  Plaintiffs have structured their Opposition to address Defendants' Sections III.A. – L. in subparagraphs numbered A. – L., which correspond to the same section in Defendants' Argument.  Therefore, while exceeding the page limitation, the organization (and substance) of Plaintiffs' Opposition should assist the Court in considering and ruling on the issues presented by allowing a point-by-point comparison of arguments for and against dismissal or summary judgment.

  8.  The circumstances of this case support enlargement of the page limitation set forth in L.Civ.R. 7(e).

9. The instant motion is brought in good faith, it is not being made for purposes of delay, and it will not unfairly prejudice the Court or the other parties.

10. Counsel for Plaintiffs conferred with counsel for Defendants and have been advised that Defendants do not oppose the requested relief.

WHEREFORE, Plaintiffs respectfully requests that the Court grant the instant motion, grant Plaintiffs leave to exceed the page limitation set forth in L.Civ.R. 7(e), and accept for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Partial Summary Judgment Motion which is being filed concurrently herewith.

Respectfully submitted,

_____/s/_____
Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*


____/s/_____
Geoffrey T. Keating
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email this 1st day of May 2006 to the following:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
10th Floor
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 (facsimile)
Kevin.Robitaille@usdoj.gov

       /s/_____
Laurence Schor