IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: No. 05-1427 (RBW) |
| | ) |
| HARVEY, et al, | )<br>) |
| Defendants. | )<br>)<br>) |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitation as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Consent Motion for Leave to Exceed Page Limitation be and hereby is GRANTED; and it is

FURTHER ORDERED that the Clerk shall accept for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Partial Summary Judgment exceeding the limits established in L.Civ.R. 7(e).

ENTERED this _____ day of _____, 2006.

 

REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF