IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Leave to File Under Seal (hereafter "Motion to Seal") as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Motion to Seal be and hereby is GRANTED; and it is

FURTHER ORDERED that the Clerk shall file Plaintiffs' Revised Opposition to Defendants' Motion to Dismiss or for Partial Summary Judgment and all attachments and related documents under seal.

ENTERED this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF