IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion Pursuant to Rule 56(f) and Memorandum in Support ("Motion") as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the Defendants' Motion to Dismiss, or in the Alternative, for Partial Summary Judgment is denied *in toto* pending discovery pursuant to the discovery schedule yet to be established by the Court.

ENTERED this _____ day of _____, 2006.


_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF