IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: No. 05-1427 (RBW) |
| HARVEY, et al, | ) |
| Defendants. | ) |

## NOTICE OF FILING

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel and pursuant to LCvR 5.1, and state as follows:

Plaintiffs filed the following documents under seal:

1. Plaintiffs' Revised Opposition to Defendants' Motion to Dismiss or for Partial Summary Judgment, with Exhibits 1 through 12.

Respectfully submitted,

_____/s/_____
Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

_____/s/_____
Geoffrey T. Keating
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732 (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email this 9th day of May 2006, to the following:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
10th Floor
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 (facsimile)
Kevin.Robitaille@usdoj.gov

/s/
Laurence Schor