IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al     ) ) Plaintiffs, ) ) v. ) ) HARVEY, et al ) ) Defendants. ) ) | Civil Action No. 05-1427 (RBW) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY**

Plaintiff brings this case under the Privacy Act, 5 U.S.C. § 552a, alleging that the Defendants unlawfully disclosed information regarding plaintiff maintained in a system of records. Defendants respectfully move this Court for an enlargement of time through and including June 13, 2006, within which to reply to Plaintiff's opposition to Defendant's Motion to Dismiss of for Partial Summary Judgment. Good cause exists to grant this motion:

1. Defendants' reply is presently due on June 9, 2006.

2. The issues in this case are complex and Plaintiffs, with leave of Court, have filed a 55 page opposition. The additional time is necessary to adequately respond to the issues raised by Plaintiffs.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought to reply.

5. Plaintiffs through counsel have consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to reply to Plaintiff's opposition to Defendant's Motion to Dismiss of for Partial Summary Judgment.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| HARVEY, et al | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to reply to Plaintiff's opposition to Defendant's Motion to Dismiss of for Partial Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including June 13, 2006, to reply to Plaintiff's opposition to Defendant's Motion to Dismiss of for Partial Summary Judgment.

Dated this _____ day of _____, 2006.


_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF