the recipient of the release already knows, the Privacy Act is not violated. Hollis v. U.S. Dep't of Army, 856 F.2d 1541, 1545 (D.C. Cir. 1988)