UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1427 (RBW) |
| ) | |
| **FRANCIS J. HARVEY** ) | |
| **Secretary of the Army, et al** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant hereby moves for leave to file under seal Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Partial Summary Judgment in this Privacy Act case.  Plaintiff believes that these documents should be filed under seal pending final determination of this action because, according to plaintiff, the material concerns plaintiff's personal, Privacy Act protected information.  Since this filing under seal is at plaintiff's request, this motion will not be opposed.  Defendant previously filed this material electronically as docket entry 35 believing that it contained no information not already part of the publically available material.  However, since the filing at plaintiff's request the clerk has removed docket entry 25 from the Court's electronic filing system (ECF).  Accordingly defendant requests that the Court accept the attached motion for filing under seal and remove docket entry 35 from the ECF system.  Defendant will file the motion in the Clerk's office in CD-ROM format.  In accordance with Local Rule 5.1(j)(1), the motion will be treated as sealed pending the outcome of this motion.

For the foregoing reasons, defendant respectfully requests that this unopposed motion for leave to file under seal be granted.

Respectfully submitted

_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

Of Counsel:
Major Patrick Gary
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837

Erika Covarrubias
Office of General Counsel
U.S. Small Business Administration
Washington, DC
(202) 205-6647