**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SCARBOROUGH, et al, ) ) Plaintiffs, ) ) v. ) ) HARVEY, et al, ) ) Defendants. ) | Case No.: No. 05-1427 (RBW) |

### CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel and pursuant to LCvR 5.1(j), and file this Consent Motion for Leave to File Under Seal (hereafter "Motion to Seal") and state as follows:

1. In the instant case, Plaintiffs allege violations of the Privacy Act by Defendants resulting in, *inter alia*, intra-agency, inter-agency and public disclosures of personal, sensitive and Privacy-Act protected information, all of which injured Plaintiffs personally and financially.

2. In a separate motion for leave to file a Surreply to Defendants' Reply in Support of Their Motion to Dismiss or for Partial Summary Judgment, Plaintiffs have requested leave to file a Surreply to address new arguments and cases first raised by Defendants in their Reply.

3. Plaintiffs' Surreply contains additional personal, sensitive and Privacy-Act protected information necessary to rebut the new arguments raised by Defendants but which, if disclosed to other Government personnel or the public, would cause or aggravate harm to Plaintiffs.

4. The instant Motion to Seal requests that, if the Court grants Plaintiffs leave to file their Surreply, that it allow Plaintiffs to file their Surreply under seal. Counsel for Plaintiffs

conferred with counsel for Defendants and Defendants consent to filing under seal if the Court allows the Surreply.

    5.    Plaintiffs will file their Surreply and related documents in the Clerk's office by hand delivery and under seal.  In accordance with Local Rule 5.1(j)(1), the Surreply and all related documents will be treated as sealed pending the outcome of this Motion to Seal.

Respectfully submitted,

_____/s/_____
Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*

_____/s/_____
Geoffrey T. Keating
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email this 20th day of June 2006, to the following:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
10th Floor
Washington, D.C.  20530
(202) 353-9895
(202) 514-8780 (facsimile)
Kevin.Robitaille@usdoj.gov

                                                                                                  /s/
                                                                          Laurence Schor