IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: No. 05-1427 (RBW) |
| ) | |
| HARVEY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Leave to File Under Seal, as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Consent Motion for Leave to File Under Seal be and hereby is GRANTED; and it is

FURTHER ORDERED that the Clerk shall seal Plaintiffs' Surreply.

ENTERED this ___ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF