IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCARBOROUGH, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: No. 05-1427 (RBW) |
| | ) | |
| HARVEY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS OR FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Plaintiffs Edmund C. Scarborough, Dr. Larry J. Wright, and George Gowen, by and through counsel, and move the Court for leave to file a Surreply to Defendants' Reply in Support of Their Motion to Dismiss or for Partial Summary Judgment ("Motion").

A surreply may be filed by leave of Court to address new matters raised in a reply to which a party would otherwise be unable to respond. *United States v. Baroid Corporation,* 346 F.Supp.2d 138, 143 (D.D.C. 2004), *quoting, United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am.*, 238 F.Supp.2d 270, 276-77 (D.D.C. 2002); *see also, Robinson v. The Detroit News, Inc.*, 211 F.Supp.2d 101, 112 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.").

In their Reply, Defendants have made several unfounded accusations against Plaintiffs and have raised new arguments and cases that Plaintiffs have not had the opportunity to address. Plaintiffs believe that fairness dictates, and the standards cited above support, that they be allowed to respond to the new matters in order that the Court can be fully appraised of both parties' positions before it rules on Defendants' Motion. Counsel for Plaintiffs contacted counsel

1

for Defendants who advised that Defendants do not consent to the relief requested herein, but that Defendants do not have any objection to the Surreply being filed under seal should the Court allow the Surreply.

          Respectfully submitted,

          _____/s/_____
          Laurence Schor
          D.C. Bar No. 11494
          McManus, Schor, Asmar & Darden, LLP
          1155 Fifteenth Street, N.W., Suite 900
          Washington, D.C. 20005
          (202) 296-9260; (202) 659-3732  (fax)
          lschor@msadlaw.com
          *Attorney for Edmund C. Scarborough and George Gowen*

          _____/s/_____
          Geoffrey T. Keating
          D.C. Bar No. 25239
          McManus, Schor, Asmar & Darden, LLP
          1155 Fifteenth Street, N.W., Suite 900
          Washington, D.C. 20005
          (202) 296-9260; (202) 659-3732 (fax)
          gkeating@msadlaw.com
          *Attorney for Dr. Larry J. Wright*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via email this 20th day of June, 2006, to the following:

Kevin K. Robitaille
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895
(202) 514-8780 (facsimile)
Kevin.Robitaille@usdoj.gov

_____/s/_____
Laurence Schor