**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SCARBOROUGH, et al, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: No. 05-1427 (RBW) |
| HARVEY, et al, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply to Defendants' Reply in Support of Their Motion to Dismiss or for Partial Summary Judgment ("Motion"), as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the Clerk shall accept for filing Plaintiffs' Surreply to Defendants' Reply in Support of Their Motion to Dismiss or for Partial Summary Judgment.

ENTERED this ___ day of _____, 2006.

 

REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF