UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| **FRANCIS J. HARVEY** | ) |
| **Secretary of the Army, et al** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

  Defendant hereby moves for leave to file under seal Defendant's opposition to Plaintiff's Motion to for Leave to File a Surreply in this Privacy Act case. Plaintiff believes that these documents should be filed under seal pending final determination of this action because, according to plaintiff, the material concerns plaintiff's personal, Privacy Act protected information. Since this filing under seal is at plaintiff's request, this motion will not be opposed. Defendant previously filed this material electronically as docket entry 40 believing that it contained no information not already part of the publically available material. However, since the filing Plaintiffs have indicated material they believe goes beyond the publically available material. Accordingly defendant requests that the Court accept the attached motion for filing under seal and remove docket entry 40 from the ECF system. Defendant will file the motion in the Clerk's office in CD-ROM format. In accordance with Local Rule 5.1(j)(1), the motion will be treated as sealed pending the outcome of this motion.

  For the foregoing reasons, defendant respectfully requests that this unopposed motion for leave to file under seal be granted.

       Respectfully submitted

       _____/s_____
       KENNETH L. WAINSTEIN, D.C. Bar #451058
       United States Attorney


       _____/s_____
       RUDOLPH CONTRERAS D.C. Bar No. 434122
       Assistant United States Attorney


       _____/s_____
       KEVIN K. ROBITAILLE
       Special Assistant U.S. Attorney
       555 Fourth Street, N.W.,
       Washington, D.C. 20530
       (202) 353-9895


Of Counsel:
Major Patrick Gary
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837

Erika Covarrubias
Office of General Counsel
U.S. Small Business Administration
Washington, DC
(202) 205-6647