IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| 5. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| **FRANCIS J. HARVEY** | ) |
| **Secretary of the Army, et al** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendant's Unopposed Motion For Leave To File Under Seal, and of the entire record, and it appearing to the Court that the granting of this unopposed motion would be just and proper, it is by the Court this ___ day of _____, 2006,

ORDERED that Defendant's Unopposed Motion For Leave To File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal Defendant's opposition to Plaintiff's Motion to for Leave to File a Surreply and shall remove the same from docket entry 40 on the Court's Electronic Filing System.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
The Parties via ECF