UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
EDMUND C. SCARBOROUGH, et al.,           )
                                         )
      Plaintiffs,                       )
                                         )
      v.                                 )   Civil Action No. 05-1427 (RBW)
                                         )
FRANCIS J. HARVEY                        )
Secretary of the Army, et al.,           )
                                         )
      Defendants.                       )
_____ )

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendants' motion to dismiss the plaintiffs' complaint is DENIED. It is further

**ORDERED** that the defendants' motion for partial summary judgment is DENIED without prejudice. It is further

**ORDERED** that the plaintiffs' motion for discovery pursuant to Federal Rule of Procedure 56(f) is GRANTED. It is further

**ORDERED** that a status conference shall be held on June 8, 2007, at 12:00 p.m., at which time a discovery schedule will be set. The parties are directed to meet and confer prior to this conference in accordance with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

**SO ORDERED** this 22nd day of May, 2007.

                                                    REGGIE B. WALTON
                                                  United States District Judge