IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, EDMUND, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN[1] )<br>Acting Secretary of the Army, et al )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1427 (RBW) |

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

---

[1] On March 10, 2007, the Honorable Pete Geren became the acting Secretary of the Army. On December 18, 2006, the Honorable Robert Gates became the Secretary of Defense.  On July 10, 2006, Steven Preston became the Administrator of the U.S. Small Business Administration.  They are substituted for their respective predecessors pursuant to Fed. R. Civ. P. 25(d)(1).