IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: No. 05-1427 (RBW) |
| | ) |
| HARVEY, et al, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiffs' Consent Motion for Miscellaneous Relief to seal or, in the alternative, to redact certain protected information contained in the Court's Memorandum Opinion, as well as the record of the case, and being fully advised in the premises, it is hereby

ORDERED that Plaintiffs' Consent Motion for Miscellaneous Relief is hereby GRANTED; and it is

FURTHER ORDERED that the Clerk shall seal the Court's May 22, 2007 Opinion Memorandum.

ENTERED this ___ day of _____, 2007.


_____
REGGIE B. WALTON
United States District Judge

Copies to:
Parties via ECF