IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCARBOROUGH, EDMUND, et al** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE HONORABLE PETE GEREN** )<br>**Acting Secretary of the Army, et al** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-1427 (RBW) |

### JOINT STATUS REPORT AND REQUEST FOR STAY

Pursuant to this Court's May 22, 2007 Order, Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the parties submit this Joint Status Report and Request for Stay in lieu of a 16.3 Report. Counsel for the parties conferred telephonically on several occasions, met in person on June 6, 2007, and have subsequently cooperated in good faith in jointly preparing this report.

Plaintiffs bring this action seeking actual and compensatory damages as well as attorneys' fees and costs for multiple alleged violations of the Privacy Act, 5 U.S.C. § 552a *et seq.*, in connection with a Department of the Army investigation into the issuance of possibly fraudulent surety bonds to the United States government by a number of individuals and entities, including the plaintiffs. The aforementioned investigation has evolved into a currently ongoing criminal investigation by the Department of Justice. A Grand Jury was seated in the District of Columbia in the fall of 2006, which has heard witness testimony and issued subpoenas. Moreover, two search warrants have been executed in connection with this investigation. Defendants believe that the Grand Jury proceedings are likely to continue for the next six to twelve months.

The ongoing criminal investigation makes discovery in the civil case impracticable. While the criminal case is open, the files may not be revealed to the parties in this civil case, thus, depriving the parties of critical evidence. In addition, proceeding with this civil case would impede the criminal investigation. Accordingly, the parties have conferred and agree that a stay of this case is appropriate. The parties, therefore, propose that the Court stay the civil case. The parties further propose to keep the Court informed of whether there is a continued need for the stay by conferring and filing a joint status report within 60 days from the issuance of any Court order staying this case and after every 60 days thereafter.

Respectfully submitted,

_____/s_____  
LAURENCE SCHOR, D.C. Bar #11494  
McManus, Schor, Asmar & Darden, L.L.P.  
Attorney for Plaintiffs Scarborough  
and Gowen

_____/s_____  
GEOFFREY T. KEATING D.C. Bar #25239  
McManus, Schor, Asmar & Darden, L.L.P.  
1155th Street, N.W., Suite 900  
Washington, D.C.  
Attorney for Plaintiff Scarborough

_____/s_____  
JEFFREY A. TAYLOR, D.C. Bar # 498610  
United States Attorney

_____/s_____  
RUDOLPH CONTRERAS D.C. Bar # 434122  
Assistant United States Attorney

_____/s_____  
STEVEN M. RANIERI  
Special Assistant U.S. Attorney  
555 Fourth Street, N.W., 10th Floor  
Washington, D.C. 20530  
(202) 353-9895