UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDMUND C. SCARBOROUGH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1427 (RBW) |
| FRANCIS J. HARVEY Secretary of the Army, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the Court's oral orders issued at the status conference held on June 8, 2007, it is hereby

**ORDERED** that the parties' joint motion "requesting that the Court seal or, in the alternative, redact certain protected information contained in the Court's Memorandum Opinion dated May 22, 2007," Motion at 1, is GRANTED IN PART and DENIED IN PART.[1]  A partially redacted version of the May 22, 2007 Memorandum Opinion is imminently forthcoming and shall be made available to the public in place of the unredacted Memorandum Opinion until such time, if ever, that the redactions are no longer necessary.  It is further

**ORDERED** that the parties' joint motion to stay this case during the pendency of a related criminal investigation is GRANTED.  A status conference shall be held in this matter on

---

[1] The Court has redacted only that information that could conceivably be considered protected by the Privacy Act.  It is the Court's view that it is inappropriate to redact (1) any information that was already in the public domain by way of one of the unsealed filings in this case; or (2) any information that is necessary for a full articulation of this Court's legal holding.

December 7, 2007, at 9:00 a.m., at which time the Court will assess the status of the case and determine whether the stay should be lifted.[2]  It is further

    **ORDERED** that this case is ADMINISTRATIVELY CLOSED.  The case will be automatically reopened once the stay has been lifted.

    **SO ORDERED** this 8th day of June, 2007.

    REGGIE B. WALTON
    United States District Judge

---

[2] Either party may, as deemed appropriate, file a motion to lift the stay at any time prior to the December 2007 status hearing.