IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCARBOROUGH, EDMUND, et al** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE HONORABLE PETE GEREN** )<br>**Acting Secretary of the Army, et al** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-1427 (RBW) |

### JOINT STATUS REPORT AND REQUEST FOR STAY

Pursuant to this Court's November 7, 2007 Order, the parties submit this Joint Status Report and Request for Stay in preparation of the December 7, 2007 Status Conference. Counsel for the parties have conferred telephonically on several occasions and have subsequently cooperated in good faith in jointly preparing this report.

On June 7, 2007, the parties submitted a Joint Status Report and Request for Stay based on an ongoing criminal investigation by the Department of Justice. The parties represented to the Court that a Grand Jury has heard testimony and issued subpoenas. In addition, search warrants have been executed in the case. The parties represented in the June 7, 2007, Status Report that the Grand Jury proceedings were likely to continue for the next 6 to 12 months. Based on that Report and Status Conference this Court stayed the proceeding for 6 months and scheduled a Status Conference for December 7, 2007.

Presently, the case is still pending before the Grand Jury. The ongoing criminal investigation continues to make discovery in the civil case impracticable. While the criminal case

is open, the files may not be revealed to the parties in this civil case, thus, depriving the parties of critical evidence. In addition, proceeding with this civil case would impede the criminal investigation. Accordingly, the parties have conferred and agree that continuing the stay in this case is appropriate. As a result, the parties request the Court to continue the stay for an additional 6 months and postpone the Status Conference until on or about June 9, 2008. The parties will continue to keep the Court informed of the status of this case and will file a joint status report on or before May 30, 2008.

Respectfully submitted,

_____  
LAURENCE SCHOR, D.C. Bar #11494  
McManus, Schor, Asmar & Darden, L.L.P.  
Attorney for Plaintiffs Scarborough  
　　　and Gowen

_____  
GEOFFREY T. KEATING D.C. Bar #25239  
McManus, Schor, Asmar & Darden, L.L.P.  
1155th Street, N.W., Suite 900  
Washington, D.C.  
Attorney for Plaintiff Scarborough

_____  
JEFFREY A. TAYLOR, D.C. Bar # 498610  
United States Attorney

_____  
RUDOLPH CONTRERAS D.C. Bar # 434122  
Assistant United States Attorney

_____  
BRIAN BALDRATE  
Special Assistant U.S. Attorney  
555 Fourth Street, N.W., 10th Floor  
Washington, D.C. 20530  
(202) 353-9895