UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDMUND SCARBOROUGH, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | Civil Case No. 05-CV-1427 (RBW) |
| | ) | |
| **FRANCIS J. HARVEY,** | ) | |
| **Secretary of the Army, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of James R. Newland, Jr. as counsel in this case for:

Edmund Scarborough.


Date: June 5, 2008     /s/ James R. Newland, Jr. _____
James Newland (D.C. Bar No. 477804)
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, N.W.
Washington, DC 20001
(202) 508-4000 (phone)
(202) 508-4321 (fax)