IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCARBOROUGH, EDMUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN, )<br>Secretary of the Army, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1427 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Brian C. Baldrate.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780