UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND SCARBOROUGH, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **FRANCIS J. HARVEY,** ) | Civil Case No. 05-CV-1427 (RBW) |
| **Secretary of the Army, et al.** ) | |
| ) | |
|     **Defendants.** ) | |

### EX PARTE MOTION TO ADMIT DAVID BUONCRISTIANI
### PRO HAC VICE (LCvR 83.2(d))

Edmund Scarborough moves this Court for an ex parte order permitting David Buoncristiani, of the firm of Thelen Reid Brown Raysman & Steiner LLP, to appear and be heard in open court as counsel for Edmund Scarborough in the present action.

This motion is based on the accompanying Declaration of David Buoncristiani in Support of Petitioner Edmund Scarborough's Ex Parte Motion to Admit David Buoncristiani Pro Hac Vice and Mr. Buoncristiani's admission is sponsored by the undersigned counsel of record.

Dated:  June 11, 2008                                            Respectfully Submitted,

                                                             By:  /s/ James R. Newland, Jr.
                                                             James R. Newland, Jr.
                                                             THELEN REID BROWN RAYSMAN & STEINER LLP
                                                             *Attorneys for Plaintiff Edmund Scarborough*

David Buoncristiani (CA Bar No. 050217)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
(415) 371-1200 (telephone); (415) 371-1211 (fax)

and

James Newland (DC Bar No. 477804)
THELEN REID BROWN RAYSMAN & STEINER, LLP
701 Eighth Street, N.W.
Washington, D.C.  20001
(202) 508-4000 (telephone);  (202) 508-4321 (fax)

*Attorneys for Plaintiff Edmund Scarborough*

DC #441242 v1