UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND SCARBOROUGH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRANCIS J. HARVEY, )<br>Secretary of the Army, et al. )<br>)<br>Defendants. ) | DECLARATION OF DAVID<br>BUONCRISTIANI<br><br>Civil Case No. 05-CV-1427 (RBW) |

**DECLARATION OF DAVID BUONCRISTIANI IN SUPPORT OF
PLAINTIFF EDMUND SCARBOROUGH'S EX PARTE MOTION TO ADMIT
DAVID BUONCRISTIANI PRO HAC VICE (LCvR 83.2(d))**

I, DAVID BUONCRISTIANI, make the following declaration in support of Plaintiff's Ex Parte Motion to Admit David Buoncristiani Pro Hac Vice.

1. My full name is David Martin Buoncristiani.

2. My office address is Thelen Reid Brown Raysman & Steiner, LLP, 101 Second Street, San Francisco, California 94105-3606 and my office telephone number is 415-371-1200.

3. I have been admitted to practice before all of the courts of the State of California, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2008

By: _____
David Buoncristiani