## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCARBOROUGH, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: No. 05-1427 (RBW) |
| | ) | |
| HARVEY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS
### EDMUND C. SCARBOROUGH AND LARRY J. WRIGHT

Pursuant to the U.S. District Court for the District of Columbia's LCvR 83.6, Laurence Schor, the undersigned and below-named attorney of record for Plaintiffs Edmund C. Scarborough ("Scarborough"), Larry J. Wright ("Wright") and George Gowen ("Gowen"), gives notice of his withdrawal as counsel for Scarborough and Wright. **Undersigned counsel will continue to represent Plaintiff George Gowen in this action.**

Plaintiffs Scarborough and Wright are represented by other counsel, and have signed a copy of this Notice of Withdrawal. Copies of their signatures will be retained by counsel. The Clerk of the Court will please enter this Notice of Withdrawal as Counsel.

Respectfully submitted,

_____/s/_____

Laurence Schor
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260; (202) 659-3732 (fax)
lschor@msadlaw.com
*Attorney for Plaintiff George Gowen*

1

Seen and agreed:

_____
Edmund C. Scarborough

____7/17/08____
Date

Seen and agreed:

_____
Larry J. Wright

____7/16/08____
Date

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via the

electronic filing system this 18th day of July 2007, to the following:

Lanny James Acosta, Jr., Esq.
Civil Division
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
(202) 353-9895
(202) 514-8780 (facsimile)
*Attorney for Defendants*

Geoffrey T. Keating, Esq.
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Plaintiff Dr. Larry J. Wright*

James R. Newland, Jr., Esq.
D.C. Bar No. 477804
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street N.W., Suite 800
Washington, DC 20001-3721
(202) 508-4000
(202) 508-4321  (fax)
*Attorney for Plaintiff Edmund C. Scarborough*

David M. Buoncristiani, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 371-1200
(415) 371-1211  (fax)
*Pro Hac Vice Attorney for Plaintiff Edmund C. Scarborough*

_____/s/_____
Laurence Schor

3