**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCARBOROUGH, EDMUND, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1427 (RBW) |
| | ) |
| THE HONORABLE PETE GEREN, | ) |
| Secretary of the Army, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND REQUEST FOR STAY**

Pursuant to this Court's June 9, 2008 Minute Order, the parties submit this Joint Status Report and Request for Stay. Counsel for the parties have conferred telephonically on several occasions and have subsequently cooperated in good faith in jointly preparing this report.

On June 7, 2007, the parties submitted a Joint Status Report and Request for Stay based on an ongoing criminal investigation by the Department of Justice. The parties represented to the Court that a Grand Jury has heard testimony and issued subpoenas. In addition, search warrants have been executed in the case. The parties represented in the June 7, 2007, Status Report that the Grand Jury proceedings were likely to continue for the next 6 to 12 months. Based on that Report and Status Conference this Court stayed the proceeding for 6 months and scheduled a Status Conference for December 7, 2007. On November 27, 2007, the parties submitted a second Joint Status Report and Request for Stay, again based on the ongoing criminal investigation. The Court stayed the proceedings for an additional 6 months and scheduled a Status conference for June 13, 2008. On June 6, 2008, the parties submitted Joint

Status Report and requested a stay of three months.  The Court granted the stay and ordered the parties to submit a Joint Status Report by September 8, 2008 and every ninety days thereafter.

Presently, the case is still pending before the Grand Jury.  The ongoing criminal investigation continues to make discovery in the civil case impracticable. While the criminal case is open, the files may not be revealed to the parties in this civil case, thus, depriving the parties of critical evidence.  Proceeding with this civil case would impede the criminal investigation.  Plaintiff Scarborough has acquired new counsel who will use the additional time to transition into the case.  Accordingly, the parties have conferred and agree that continuing the stay in this case is appropriate.  As a result, the parties request the Court to continue the stay for six months.  The parties will continue to keep the Court informed of the status of this case and in accordance with the Court's June 9, 2008 Order, will file joint status reports, on or before December 8, 2008 and March 9, 2009.

Respectfully submitted,

_____/s/_____
LAURENCE SCHOR, D.C. Bar  #11494
McManus, Schor, Asmar & Darden, L.L.P.
Attorney for Plaintiff Gowen


_____/s/_____
GEOFFREY T. KEATING D.C. Bar #25239
McManus, Schor, Asmar & Darden, L.L.P.
Attorney for Plaintiff Wright


_____/s/_____
JAMES R. NEWLAND, D.C. Bar #477804
Thelen Reid Brown Raysman & Steiner L.L.P.
Attorney for Plaintiff Scarborough


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W., Room E4408
Washington, D.C.  20530
(202) 353-9895